**Order entered July 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00476-CV

**LYNDA BLISS, Appellant**

**V.**

**BANK OF AMERICA, N.A., ET AL., Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04804-2016**

## ORDER

Before the Court is appellant's July 5, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 6, 2018**. We caution appellant that further requests for extension will be disfavored.

/s/      ADA BROWN
JUSTICE